UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BETH ADAMS,<br><br>            Plaintiff,<br><br>vs.<br><br>BSI MANAGEMENT SYSTEMS<br>AMERICA, INC. and BSI AMERICA<br>PROFESSIONAL SERVICES, INC.,<br><br>            Defendants. | CIVIL ACTION FILE<br><br>NO. 1:11-cv-2914-ODE |

## J U D G M E N T

This action having come before the court, Honorable Orinda D. Evans, United States District Judge, for consideration of Defendants' Motion for Summary Judgment , and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 12th day of February, 2013.

                                                                JAMES N. HATTEN
                                                                CLERK OF COURT

                                                        By:  s/ A. Coleman
                                                                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  February 12, 2013
James N. Hatten
Clerk of Court

By: s/ A. Coleman
        Deputy Clerk