# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

August 22, 2013

For rules and forms visit
www.ca11.uscourts.gov

James N. Hatten
Richard B. Russell Bldg & US Courthouse
75 SPRING ST SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 13-10748-BB
Case Style: Beth Adams v. BSI Management Systems America, et al
District Court Docket No: 1:11-cv-02914-ODE

The enclosed judgment is hereby issued as the mandate of this court.

Enclosed is the Bill of Costs.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Carol Lewis/jsc
Phone #: (404) 335-6179

Enclosure(s)

MDT-1 Letter Issuing Mandate

UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 13-10748
_____

District Court Docket No.
1:11-cv-02914-ODE

BETH ADAMS,

                    Plaintiff - Appellant,

versus

BSI MANAGEMENT SYSTEMS AMERICA, INC.,
BSI AMERICA PROFESSIONAL SERVICES, INC.,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the
Northern District of Georgia

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 17, 2013
For the Court: John Ley, Clerk of Court
By: Djuanna Clark

Issued as Mandate:
August 22, 2013

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. __13-10748__

Beth Adams _____ vs. BSI Management Systems, Inc. and BSI America Professional Services, Inc.

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| DOCUMENT | Repro. Method (Mark One) | | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| | In-House | Comm* | | | | | |
| Appellant's Brief | | | | | | | |
| Record Excerpts | x | | 375 | 5 | 1,875 | $ 281.25 ✓ | 281.25 |
| Appellee's Brief | x | | 54 | 10 | 540 | $ 81.00 ✓ | 81.00 |
| Reply Brief | | | | | | | |
| Binding | | x | | 19 | | $ 51.30 ✓ | 51.30 |
| | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | | TOTAL | $ $413.55 REQUESTED | $ 413.55 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: __/s/ Deborah J. Livesay__   Date Signed: 07/30/2013
Attorney Name: __Deborah J. Livesay__   Attorney for: __BSI Management Systems, Inc., et al.__
(Type or print your name)   (Type or print name of client)
E-mail: __dlivesay@taylorenglish.com__   Phone: 770-434-6868
Street Address/City/State/Zip: 1600 Parkwood Circle, Suite 400, Atlanta, GA 30339

---

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ __413.55__ against __Appellant__
and are payable directly to __Appellee__

John Ley, Clerk of Court

Issued on: __AUG 2 2 2013__   By: __Tina A. Parker__   DATE: 8/20/13
                                     Deputy Clerk

BOC 3/13

Paragon Legal Technology Support of Atlanta

1230 Peachtree Street NE
Suite 200
Atlanta, GA 30309
Phone # (404) 920-0077
Fax # (404) 920-0080

QUICKBOOKS

# Invoice

| Date | Invoice # |
|---|---|
| 5/6/2013 | 17763 |

Federal Tax ID# 20-0558968

| Bill To |
|---|
| Taylor English Duma LLP<br>1600 Parkwood Circle, Suite 400<br>Atlanta, GA 30339 |

| Ship To |
|---|
| Taylor English Duma LLP<br>1600 Parkwood Circle, Suite 400<br>Atlanta, GA 30339<br>Cindy Kramer |

| Client Reference | Terms | Due Date | Rep | Ship | Project |
|---|---|---|---|---|---|
| 67742.0000 | Net 15 | 5/21/2013 | PC | 5/6/2013 | 2232 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 19 | 4-1422 | Coil Binding | 2.50 | 47.50T |

| | |
|---|---|
| Subtotal | $47.50 |
| Sales Tax (8.0%) | $3.80 |
| Payments/Credits | $0.00 |
| Balance Due | $51.30 |

Customer Approval

Customer (s) shall have 15 days from the date of invoice within which to make payment to Paragon.
Late payment charges of one and one-half percent (1.5%) per month shall be charged on all past due amounts.

DOCKET NO. 13-10748

United States Court of Appeals
for the
Eleventh Circuit

BETH ADAMS,

*Plaintiff-Appellant,*
v.
BSI MANAGEMENT SYSTEMS AMERICA, INC.
and BSI AMERICA PROFESSIONAL SERVICES, INC.

*Defendants-Appellees.*

## CERTIFICATE OF SERVICE

This is to certify that on this day the foregoing **Bill Of Costs** was electronically filed with the Clerk of Court using the CM/ECF system, which sent notification of such filing to counsel of record. A copy of the foregoing also was served on counsel of record via U.S. Mail with proper postage attached thereto:

   Benjamin F. Barrett
   Elizabeth L. Brown
   BARRETT & FARAHANY, LLP
   1100 Peachtree Street, Suite 500
   Atlanta, Georgia 30309

This 30th day of July, 2013.

                              /s/ Deborah J. Livesay
                              Michael Eric Ross
                              Georgia Bar No. 615190
                              Deborah J. Livesay
                              Georgia Bar No. 205591
                              TAYLOR ENGLISH DUMA LLP
                              1600 Parkwood Circle, Suite 400

Atlanta, Georgia  30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376
E-mail: mross@taylorenglish.com
E-mail dlivesay@taylorenglish.com

Attorneys for Defendants-Appellees